IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 4:16CR00278 KGB |
| | ) | |
| | ) | |
| ABERT RAY FERGUSON, JR. et al. | ) | |

**GOVERNMENT'S MOTION FOR CONTINUANCE OF TRIAL**

The United States of America, by and through counsel, Cody Hiland, United States Attorney, and Anne E. Gardner, Assistant United States Attorney, submits the following:

1. The trial is currently set for April 23, 2018. The United States requests a continuance of the trial date as there are two remaining fugitives in the case, and as some defendants have been recently arraigned in the case. In addition, the United States is working with several of the defendants to resolve their cases prior to trial.

2. Counsel for the all defendants have been contacted, and defense counsel have no objections to the United States' request.

3. The United States respectfully submits that the trial date be continued to allow for all defendants to appear and for additional time for plea negotiation. The United States respectfully submits that its motion constitutes good cause for a continuance and that the Court should find that the intervening period of delay excludable consistent with the purposes of the Speedy Trial Act.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the motion to continue the trial date from April 23, 2108 be granted and the delay held excludable

pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(3)(A) and (8)(B)(iv).

Respectfully submitted,

CODY HILAND
United States Attorney

/s/ Anne E. Gardner

By: ANNE E. GARDNER
Assistant U.S. Attorney
Bar No 41461
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
Anne.Gardner2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served upon counsel for the defendants pursuant to electronic filing requirements on this 12th day of March 2018.

/s/ Anne E. Gardner
_____
ANNE E. GARDNER